## STATEMENT OF FACTS

On March 14, 2019 at approximately 6:25 p.m., the Washington Metropolitan Police Department's (MPD) 6th District Crime Suppression Team (CST) officers were patrolling the 300 block of 50th Street, NE in Washington, D.C.  This area is part of the Lincoln Heights public housing development operated by the District of Columbia Housing Authority (DCHA).  Officer R. Lopez observed an individual he immediately recognized to be Raequan Williamson. Officer Lopez knew this individual to be barred from the Lincoln Heights complex where he was observed. Officer Lopez immediately advised other officers of the individual.  The 6th District Crime Suppression Team members have had previous interactions with Williamson for being present in the Lincoln Heights complex where he is barred from. Prior to attempting to stop Williamson, Officer Roccato was able to confirm though the DC Housing Authority Bar Notice website that the barring notice for Williamson was still active at the Lincoln Heights complex.  The barring notice was issued by DC Housing Officer Enadeghe on April 19, 2018 and is valid for five years from that date.

Officers responded to the area where Williamson was located and Officers Roccato and Mudrezow immediately recognized Williamson separate himself from a group in the 300 block of 50th Street, NE and begin walking away from both the group and police. As officers exited their vehicles, Williamson began to walk at a faster pace towards 312 50th Street NE.  As Officer Mudrezow began to jog behind in order to catch up to Williamson, Williamson immediately took off at a run and entered 312 50th Street NE, which is an apartment building that is part of the Lincoln Heights complex.  Officer Mudrezow was able to stop Williamson on the second floor landing of 312 50th Street NE and Williamson was placed under arrest for Unlawful Entry.

Officer Dabney and Officer Roccato conducted a search incident to arrest of Williamson and located a handgun concealed in his front waistband area underneath several pairs of compression pants.  The firearm was recovered.  The firearm was a Glock 22 .40 caliber handgun with a 22 round capacity extended magazine.  The firearm was loaded with 1 round of ammunition in the chamber and 19 rounds in the extended magazine.  The firearm had a serial number of DPS0230 and a WALES/NCIC check of the serial number revealed a stolen status out of Lexington, South Carolina (OCA: 13005200) on 12/22/2013.  There are no firearms manufacturers in the District of Columbia.

Raequan Williamson has a prior conviction for Unauthorized Use of a Vehicle in the Superior Court of the District of Columbia, docket number 2017 CF2 013077.  This crime is punishable by more than one year in the District of Columbia.

_____
OFFICER JAKE MUDREZOW
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MARCH, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE